UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 14 2008

Clerk, U.S. District and
Bankruptcy Courts

CARLOS E. PINEDA, )
 )
  Plaintiff, )
 )
v. ) Civil Action No. **08 0836**
 )
 )
GEORGE W. BUSH *et al.*, )
 )
  Defendants. )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of April 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice as frivolous. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

/s/ Royce C. Lamberth
United States District Judge